### Revere Press, Inc. *v.* Blumberg et al., Appellants.

Argued March 27, 1967. *Charles R. Weiner,* with him *Charles L. Ford,* and *Weiner, Basch, Lehrer & Cheskin,* for appellants; *Frank E. Hahn, Jr.,* with him *Herbert A. Fogel,* and *Obermayer, Rebmann, Maxwell & Hippel,* for appellee.

Judgment affirmed.

### Royal Hubley, Incorporated, Esquire Tavern, Liquor License Case.

Argued March 20, 1967. *Isadore H. Bellis,* with him *John F. Dougherty, Jr.,* and *Bellis & Kolsby,* for appellant; *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.